**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00430-CR

**NORMAN AGENT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-61473-H**

## ORDER

We **GRANT** Official Court Reporter Crystal R. Jones's May 26, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/   LANA MYERS
      JUSTICE